THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEXANDER PICONE, Appellant.— No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Lewis, JJ.